Erich Keefe (CA Bar No: 226746)
3230 Baker Street
Berkeley, CA 94702
Telephone: (510) 717-5996
Fax: (206)338-2082

Attorney for Plaintiff

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mekonen Brhene,<br><br>    Plaintiff,<br><br>vs.<br><br>Eric Holder, Attorney General of the United States; Janet Napolitano, Secretary of the Department of Homeland Security; Alejandro Mayorkas, Director of United States Citizenship & Immigration Services;<br><br><br>    Defendants | Case No. C 10-1756 SC<br><br>MOTION TO DISMISS<br>AND ~~PROPOSED~~ ORDER |

Plaintiff, by and through his attorney of record hereby moves the Court to withdraw the action in light of the adjudication of the Plaintiff's adjustment of status application (form I-485).

*/s/ Erich Keefe*
Erich Keefe

### ORDER

Good cause appearing, IT IS SO ORDERED

SAMUEL CONTI
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Samuel Conti]*